LAW OFFICES OF

# JOSEPH V. SORRENTINO, PLLC

404 MANOR ROAD
STATEN ISLAND, NY 10314
(718) 720-4943
FAX (718) 720-5009

ADMITTED IN NEW YORK
AND NEW JERSEY

Of Counsel
Andrew John Calcagno, Esq. †
Timothy Forayth, Esq. †
† Admitted in New York, New Jersey,
Pennsylvania and The District of Columbia

BROOKLYN OFFICE

NEW JERSEY OFFICE
213 South Avenue East
Second Floor
Cranford, NJ 07016
(201) 656-6525

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 23 2008 ★

October 20, 2008

**VIA FACSIMILE (718) 613-2693**
The Honorable Jack B. Weinstein, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *United States v. Uvino, et al. (Robert Dey)*
     *07-Cr-725*

Dear Judge Weinstein:

As the Court is aware, I represent defendant Robert Dey in the above-referenced matter.

Mr. Dey is scheduled to enter a plea in the matter on Monday, October 27, 2008 at 4:00 p.m. before Magistrate Mann. Therefore, with the concurrence of the government by Assistant U.S. Attorney Elizabeth Geddes, we respectfully request that both my client and counsel be excused from appearing before Your Honor for the status conference presently scheduled for tomorrow, Tuesday, October 21, 2008 at 2:00 p.m.

Respectfully submitted,

JOSEPH V. SORRENTINO

JVS:lq
c:  Assistant U. S. Attorney James Gatta (via facsimile)

So Ordered:

_____
The Honorable Jack B. Weinstein, U.S.D.J.

*[Handwritten annotation: Notify by telephone / Granted JW 10/20/08]*

TOTAL P.01